| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Henry, Robert H | 2. Court or Organization U.S. Court of Appeals: 10th Ci | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge, Tenth Circuit | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 200 N.W. 4th Street, Room 2421 Oklahoma City, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (advisory) | Jasmine Moran Children's Museum |
| 2. | Director | Harlan, Inc. _____ corporation) |
| 3. | Director | Oklahoma Foundation for Excellence |
| 4. | Director | VERA Institute for Justice |
| 5. | Director | Oklahoma Medical Research Foundation |
| 6. | Director (Advisory) | University of Oklahoma College of Fine Arts Board of Visitors |
| 7. | Director | Oklahoma Arts Institute |
| 8. | Executive Committee Member | The Historical Society of the 10th Judicial Circuit |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976-91 | State of Oklahoma Public Employees Retirement System |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/27/04 | Harlan, Inc. | 1,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - ( o reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Dr. Janice L. Ralls, P.C. |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association - AJC Midyear Executive Committee Meeting | 2/6/04 - 2/8/04; San Antonio, Texas; Paid for airfare, hotel, food, taxi. Committee Meeting |
| 2. | First Amendment Center at Vanderbilt University - Justice & Journalism 2004 Conferenc | 3/24/04 - 3/25/04; Cambridge, Maine; Paid for hotel, food & taxi. Attend conference meeting |
| 3. | VERA - Institute for Justice | 3/30/04 - 4/1/04; New York, NY; Paid for airfare, food, hotel & taxi. Attend Board Meeting |
| 4. | American Inns of Court / Tulsa, Oklahoma | 4/28/04 - 4/29/04; Tulsa, OK Paid for hotel. Speaker |
| 5. | George Mason University Foundation | 6/7/04 - 6/13/04; Santa Fe, New Mexico; Paid for food & mileage. Attend seminar |
| 6. | VERA - Institutefor Justice | 6/23/04 - 6/26/04; New York, NY; Paid for airfare, hotel, food & taxi. Attend Board Meeting |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | New Mexico State Bar - Center for Legal Education | 8/20/04; Albuquerque, New Mexico; paid for mileage & food. Speaker |
| 8. | Aspen Institute | 10/14/04 - 10/17/04; Wye Woods, Maryland; Paid for airfare, taxi, hotel & food. Attend seminar |
| 9. | American Bar Association / The American Society of International Law | 10/29/04 - 10/30/04; Washington DC; Paid for airfare, taxi, hotel & food. Attend meeting |
| 10. | National Association of Attorney Generals | 12/1/04 - 12/2/04; Ft. Lauderdale, Florida; Paid for airfare, tax, hotel & food. Speaker |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MBNA | Credit Card | J |
| 2. | BancFirst | Business - Line of Credit | K |
| 3. | Allegiance Credit Union | Revolving Loan | J |

| Name of Person Reporting | Date of Re |
|---|---|
| Henry, Robert H | 5/10? |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Allegiance Credit Union | A | Interest | J | T | | | | | |
| 2. Vanguard 500 Index | A | Dividend | K | T | | | | | |
| 3. TIAACREF | A | Interest | K | T | Partial Sale | 8/12 | J | | Smith Barney - IRA |
| 4. Smith Barney-IRA-Mutual Fund (see part VIII. explanations) | A | Interest | J | T | | | | | |
| 5. Sun Oil | A | Royalty | J | T | | | | | |
| 6. Vintage Petroluem, Inc. a/k/a Vintage Oil & Gas | A | Royalty | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

II. AGREEMENTS:

State of Oklahoma Public Employee Retirement System (vested retirement paid into state system during my public service as State Representative and Attorney General of Oklahoma, 1976-1991; may be withdrawn beginning at age 55.)

VII. INVESTMENTS & TRUSTS

Smith Barney - IRA Mutual Fund - (specifically, the Smith Barney Aggregate Growth Mutal Fund and the Smith Barney Fundamental Value Mutual Fund).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henry, Robert H | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___5/12/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544